Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern District of Texas, Houston Division

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  C-CO Holdings, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  8 3 – 2 7 1 3 6 1 3

**4. Debtor's address**

**Principal place of business**

7000 Hoddeville School Rd
Number   Street

Brenham, TX 77833-1284
City           State   ZIP Code

Washington
County

**Mailing address, if different from principal place of business**

Number   Street

P.O. Box

City           State   ZIP Code

**Location of principal assets, if different from principal place of business**

Number   Street

City           State   ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

---

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**         page **1**

Debtor    C-CO Holdings, LLC                                       Case number *(if known)* _____
            Name

| | | |
|---|---|---|
| 7. | Describe debtor's business | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>   2  3  8  1 |
| 8. | Under which chapter of the Bankruptcy Code is the debtor filing?<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply:*<br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years?<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____   When _____  Case number _____<br>                                                    MM / DD / YYYY<br>         District _____   When _____  Case number _____<br>                                                    MM / DD / YYYY |
| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>         District _____  When _____<br>                                                       MM / DD / YYYY<br>         Case number, if known _____ |

Debtor   C-CO Holdings, LLC
         Name                                                          Case number *(if known)*

| | | |
|---|---|---|
| 11. | **Why is the case filed in *this* district?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>  What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>  Number    Street<br>  _____<br>  City                State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>         Contact name    _____<br>         Phone           _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. | **Estimated number of creditors** | ☑ 1-49     ☐ 50-99        ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999      ☐ 10,001-25,000                     ☐ More than 100,000 |
| 15. | **Estimated assets** | ☐ $0-$50,000           ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000      ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000     ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor   C-CO Holdings, LLC                           Case number *(if known)* _____
      Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ▪ I have been authorized to file this petition on behalf of the debtor.
- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/24/2020
            MM/ DD/ YYYY

X   /s/ Christopher George Cone                    Christopher George Cone
   Signature of authorized representative of debtor       Printed name

Title                 President

**18. Signature of attorney**

X   /s/ Brendon Dane Singh                    Date   05/24/2020
   Signature of attorney for debtor                         MM/ DD/ YYYY

Brendon Dane Singh
Printed name

CORRAL TRAN SINGH, LLP
Firm name

1010 Lamar Street Ste 1160
Number        Street

Houston                              TX              77002
City                                 State           ZIP Code

_____              Brendon.Singh@ctsattorneys.com
Contact phone                        Email address

24075646                             TX
Bar number                           State

Fill in this information to identify the case:

Debtor name: C-CO Holdings, LLC

United States Bankruptcy Court for the: Southern District of Texas, Houston Division

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Beck, John | | unsecured | | | | $60,000.00 |
| 2 | Breakerside | | unsecured | | | | $15,000.00 |
| 3 | Cone, George | | unsecured | | | | $10,000.00 |
| 4 | Cone, Robert | | unsecured | | | | $60,000.00 |
| 5 | Cone, Tom | | unsecured | | | | $12,500.00 |
| 6 | CORRAL TRAN SINGH, LLP<br>1010 Lamar Street Ste 1160<br>Houston, TX 77002 | (832) 975-7300 | Attorney's fees | | | | $10,717.00 |
| 7 | Deere & Company<br>Deere & Company<br>6400 Nw 86th St<br>Johnston, IA 50131-2945 | | | | $600,000.00 | $392,000.00 | $208,000.00 |
| 8 | First Corporate Solutions<br>914 S St<br>Sacramento, CA 95811-7025 | Sprs@ficoso.com | | | | | $24,000.00 |

Official Form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  page 1

Debtor   C-CO Holdings, LLC
         Name

Case number *(if known)* _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Fletcher, Jerry | | unsecured | | | | $13,000.00 |
| 10 | Flower, Erin | | unsecured | | | | $28,000.00 |
| 11 | Hez Westheimer | | unsecured | | | | $11,500.00 |
| 12 | Insurors Indemnity General Agency, Inc<br>225 S 5th St<br>Waco, TX 76701-2112 | | Bond | | | | $11,500.00 |
| 13 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | | Taxes | | | | $15,000.00 |
| 14 | Kubota Credit Corportation, U.S.A<br>PO Box 2046<br>Grapevine, TX 76099-2046 | | | | $71,000.00 | $55,000.00 | $16,000.00 |
| 15 | McCoal, Kyle | | unsecured | | | | $12,500.00 |
| 16 | Reckling, Cliffe | | unsecured | | | | $70,000.00 |
| 17 | Shoyrea | | unsecured | | | | $15,000.00 |
| 18 | Tex Frames | | unsecured | | | | $13,500.00 |
| 19 | United | | unsecured | | | | $25,000.00 |
| 20 | Walker, Roy Lee | | unsecured | | | | $33,000.00 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 2

B2030 (Form 2030)(12/15)

# United States Bankruptcy Court
## Southern District of Texas

**In re**
C-CO Holdings, LLC

**Debtor(s)**

Case No. _____

Chapter     **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . | $26,717.00 |
   | Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . | $16,000.00 |
   | Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $10,717.00 |

2. The source of the compensation to be paid to me was:

   ☑ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 05/24/2020 | /s/ Brendon Dane Singh |
| *Date* | *Signature of Attorney* |

Brendon Dane Singh
Bar Number: 24075646
CORRAL TRAN SINGH, LLP
1010 Lamar Street Ste 1160
Houston, TX 77002
Phone: (832) 975-7300

CORRAL TRAN SINGH, LLP
*Name of law firm*

Ace Cash Advance

Alexander Oil Company
PO Box 769
Brenham, TX 77833

Amber Hauling

John Beck

Breakerside

George Cone

Robert Cone

Tom Cone

Deere & Company
Deere & Company
6400 Nw 86th St
Johnston, IA 50131-2945

First Corporate Solutions
914 S St
Sacramento, CA 95811-7025

Jerry Fletcher

Erin Flower

Gas Starter

Cedrion Golden

Justin Heste

Hez Westheimer

Insurors Indemnity General Agency, Inc
225 S 5th St
Waco, TX 76701-2112

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

KJE

Kubota Credit Corportation, U.S.A
PO Box 2046
Grapevine, TX 76099-2046

Kyle McCoal

Quick Gas

Cliffe Reckling

Shoyrea

Tex Frames

United

Roy Lee Walker

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE: **C-CO Holdings, LLC**     CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date     05/24/2020          Signature          /s/ C-CO Holdings, LLC
                                                Christopher George Cone, President