

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/29/2020

| | | |
|---|---|---|
| IN RE: | § | |
| C-CO HOLDINGS, LLC | § | CASE NO: 20-32746 |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

**ORDER**
**CHAPTER 11 SUBCHAPTER V STATUS CONFERENCE**

C-CO Holdings, LLC, ("*Debtor*"), has elected to proceed under Subchapter V of Title 11, Chapter 11 of the United States Bankruptcy Code. The Court deems it necessary to conduct an initial status conference. It is therefore:

**ORDERED:** that

1. On June 30, 2020 at 10:30 a.m., (Central Standard Time) the Court will conduct an electronic initial status conference in the above-captioned case. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page. Judge Rodriguez's web-page is located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed:
    a. to utilize the call-in instructions for hearings before Judge Rodriguez as reflected in the Court's Procedures § V; and
    b. for video appearances and witness testimony, parties are to utilize the join.me web-based application.

2. Debtor's representatives, Debtor's primary bankruptcy counsel and the Subchapter V Trustee must appear at this status conference;

3. No fewer than fourteen (14) days prior to the status conference set by this Order, Debtor must file a Chapter 11 Status Conference Statement on the Court's CM/ECF system that addresses the following:

    a. The efforts Debtor has undertaken and will undertake to attain a consensual reorganization plan;
    b. The business, financial, and other problems that prompted the filing of this case;
    c. Attendance at a meeting of creditors pursuant to 11 U.S.C. § 341(a);
    d. Estate's need for professionals (e.g., attorneys, accountants, brokers, etc.);
    e. Unique issues concerning secured debt, employees, cash collateral, executory contracts, and existing management;
    f. Postpetition operations and revenue;
    g. Status of any litigation pending in or outside this Court;

      h. Compliance with requests for information from the United States Trustee including, but not limited to, requests made in the Initial Debtor Interview;
      i. Type and adequacy of insurance coverage;
      j. An outline of the proposed plan;
      k. A proposed schedule for filing and confirming the proposed plan;
      l. Debtor-In-Possession Bank Account; and
      m. Any other matters that might materially affect the administration of this case.

4. Debtor must serve its Chapter 11 Status Conference Statement on the Subchapter V Trustee and the United States Trustee.

5. Failure to comply with this order may result in dismissal or conversion of this case to one under Chapter 7.

SIGNED 05/29/2020.

                                          Eduardo V. Rodriguez
                                       United States Bankruptcy Judge