IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| C-CO HOLDINGS, LLC | § | CASE NO. 20-32746-H3 |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

## ORDER DISMISSING CHAPTER 11 CASE
(Relates to Docket No. 42)

CAME ON for consideration the Debtor's Motion to Dismiss Chapter 11 Bankruptcy (Docket No. 42), due to notice and opportunity for a hearing having been given to all parties-in-interest. After considering the testimony and evidence, it is hereby

**ORDERED** that:

(1) This Chapter 11 case is **DISMISSED**.

(2) The Debtor, no later than ten (10) days after entry of this Order, shall file with the Clerk of the United States Bankruptcy Court operating reports and statements of disbursements made during each calendar quarter during the period from May 24, 2020, through the date of entry of this Order, and shall serve a true and correct copy of said operating reports and statements on the United States Trustee.

(3) All professionals, including the Subchapter V Trustee, shall, no later than ten (10) days after entry of this Order, file with the Court an application for professional fees under 11 U.S.C. § 330.

(4) The Debtor shall remit payment, if any, to the Subchapter V Trustee, no later than 10 (ten) days after entry of the Court's order regarding the Subchapter V Trustee's fee application.

(5) Notwithstanding this Order, the Court retains jurisdiction to consider professional fee applications and to enforce payment of fees assessed under 28 U.S.C. § 586(e)(5).

SIGNED this ___ day of _____, 2020.

_____
**Eduardo V. Rodriguez**
**United States Bankruptcy Judge**