

ENTERED
11/10/2020

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| C-CO HOLDINGS, LLC | § | CASE NO: 20-32746 |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

**ORDER**
**DISMISSING CASE WITH PREJUDICE**
*Resolving ECF No. 45*

On November 10, 2020, this Court held a hearing on Debtor's Voluntary Motion To Dismiss this chapter 11 proceeding. Upon review of the docket and considering arguments of counsel for the Debtor the Court is of the opinion that the instant case should be dismissed with prejudice for refiling for 180 days. It is therefore:

**ORDERED**: that

1. This case is dismissed;
2. The Debtor is barred from filing another bankruptcy case for 180 days following entry of this order. Violations of this order may be punishable by contempt;
3. The deadline for filing an application for administrative expense in this case is set at twenty-one (21) days following entry of this Order;
4. if a fee application or other motion for allowance of an administrative expense has previously been filed in this case, the applicant is not required to file a new application for allowance of an administrative expense, except for increased amounts.
5. Debtor must file all outstanding operating reports no later than November 24, 2020
6. the Court specifically retains jurisdiction of enforcement matters related to this Order.
7. The Subchapter V trustee must file an application in this case no later than November 17, 2020.

SIGNED 11/10/2020.

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge