IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-32746-H3 |
| | § | |
| C-CO HOLDINGS, LLC, | § | CHAPTER 11 (Sub V) |
| | § | |
| DEBTOR. | § | |

**NOTICE OF FILING SUBCHAPTER V TRUSTEE,
MELISSA A. HASELDEN, FIRST AND FINAL FEE APPLICATION**

YOU ARE HEREBY NOTIFIED that on November 13, 2020, Melissa A. Haselden, Subchapter V Trustee, filed her First and Final Fee Application for Allowance of Compensation [Doc. No. 56] (the "**Application**") for services it provided to the Debtor. The Application has been filed pursuant to 11 U.S.C. § 330, and covers professional services rendered to the Debtor and reimbursement of expenses for the period May 27, 2020 to November 10, 2020.

The Trustee requests that the Court approve on a final basis $2,960.00 in fees, $12.62 in expenses, and $400.00 for the preparation, service and prosecution of the Application for a total amount of $3,372.62.

A copy of the Application has been filed with the Clerk of the United States Bankruptcy Court for the Southern District of Texas, Houston Division, at 515 Rusk Avenue, Rm 400, Houston, Texas 77002, and may be examined during its normal business hours.

DATED:    November 13, 2020            Respectfully submitted,

                                       **HOOVERSLOVACEK LLP**

                                       By: */s/ Melissa A. Haselden*
                                       Melissa A. Haselden
                                       State Bar No. 00794778
                                       5051 Westheimer, Suite 1200
                                       Houston, Texas 77056
                                       Telephone: (713) 977-8686
                                       Facsimile: (713) 977-5395
                                       haselden@hooverslovacek.com

{871039/00160/01456472.DOCX 1 }

## CERTIFICATE OF SERVICE

   I hereby certify that on November 13, 2020, a copy of the foregoing *Notice of Filing First and Final Fee Application of Melissa A. Haselden, Subchapter V Trustee, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtor for the Period from May 27, 2020 and November 10, 2020* has been served via through the ECF system to the parties listed below:

**20-32746 Notice will be electronically mailed to:**

Alicia Lenae Barcomb on behalf of U.S. Trustee US Trustee
alicia.mccullar@usdoj.gov

James Scott Douglass on behalf of Interested Party James Scott Douglass
jsd@aol.com

Melissa A Haselden
Haselden@hooverslovacek.com,
doucet@hooverslovacek.com;haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com

Teri H Kelley on behalf of Creditor Deere & Company
tk@thkelleylaw.com

Chandra Dianne Pryor on behalf of Creditor Kubota Credit Corporation
Chandra.Pryor@BonialPC.com

Brendon D Singh on behalf of Debtor C-CO Holdings, LLC
Brendon.singh@ctsattorneys.com, ecf@ctsattorneys.com;corraltransinghllp@jubileebk.net

Susan Tran Adams on behalf of Debtor C-CO Holdings, LLC
susan.tran@ctsattorneys.com, ecf@ctsattorneys.com;corraltransinghllp@jubileebk.net

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

                    */s/ Melissa A. Haselden*
                    Melissa A. Haselden