

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/07/2020

| | | |
|---|---|---|
| IN RE: § | | CASE NO. 20-32746-H3 |
| § | | |
| C-CO HOLDINGS, LLC, § | | CHAPTER 11 (Sub V) |
| § | | |
| DEBTOR. § | | |

**ORDER ON FIRST AND FINAL APPLICATION OF MELISSA A. HASELDEN FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SUBCHAPTER V TRUSTEE TO THE DEBTOR FOR THE PERIOD FROM MAY 27, 2020 TO NOVEMBER 10, 2020**

(Relates to Docket No. 56)

On this day, came on for consideration the First and Final Fee Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Subchapter V Trustee (the "**Application**"), filed by Melissa A. Haselden (**"Trustee"**), in her capacity as Subchapter V Trustee for C-CO Holdings, LLC (the **"Debtor"**), in the above captioned proceeding, for the period from May 27, 2020 to November 10, 2020. The Court has reviewed the Application and finds that no objections were filed, and that all of the services rendered and costs advanced by the Trustee on behalf of the Debtor, as set out in the Application, were reasonable, actual and necessary. Accordingly, it is, therefore, ORDERED that

1.   The Application is APPROVED.

2.   The Court approves compensation to Melissa A. Haselden, Subchapter V Trustee, of $2,960.00 for Trustee fees, $12.62 in expenses, and $400.00 for reimbursement for the preparation and service of this application for a total of $3,372.62 and authorizes payment to be made to HooverSlovacek, LLP.

Signed: December 07, 2020



Eduardo V. Rodriguez
United States Bankruptcy Judge

{871039/00160/01456478.DOCX 1 }

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 20-32746-evr |
| C-CO Holdings, LLC | Chapter 11 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: jchavez | Page 1 of 2 |
| Date Rcvd: Dec 07, 2020 | Form ID: pdf002 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | C-CO Holdings, LLC, 7000 Hoddeville School Rd, Brenham, TX 77833-1284, UNITED STATES 77833-1284 |
| intp | + | James Scott Douglass, 1811 Bering Dr., Suite 420, Houston, TX 77057-3186 |
| cr | + | Kubota Credit Corporation, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deere & Company |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2020             Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alicia Lenae Barcomb | on behalf of U.S. Trustee US Trustee alicia.mccullar@usdoj.gov |
| Brendon D Singh | on behalf of Debtor C-CO Holdings  LLC Brendon.singh@ctsattorneys.com, ecf@ctsattorneys.com;corraltransinghllp@jubileebk.net |
| Chandra Dianne Pryor | on behalf of Creditor Kubota Credit Corporation Chandra.Pryor@BonialPC.com |
| James Scott Douglass | |

| | | |
|---|---|---|
| District/off: 0541-4 | User: jchavez | Page 2 of 2 |
| Date Rcvd: Dec 07, 2020 | Form ID: pdf002 | Total Noticed: 3 |

on behalf of Interested Party James Scott Douglass jsd@aol.com

Melissa A Haselden

Haselden@hooverslovacek.com
doucet@hooverslovacek.com;haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com

Melissa Anne Haselden

on behalf of Trustee Melissa A Haselden Haselden@hooverslovacek.com
haseldenbankruptcy@gmail.com,bankruptcy1@hooverslovacek.com,doucet@hooverslovacek.com,doucet@ecf.courtdrive.com,haselden@ecf.courtdrive.com

Susan Tran Adams

on behalf of Debtor C-CO Holdings  LLC susan.tran@ctsattorneys.com, ecf@ctsattorneys.com;corraltransinghllp@jubileebk.net

Teri H Kelley

on behalf of Creditor Deere & Company tk@thkelleylaw.com

US Trustee

USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 9